media

 
 

 

 
 
 
 
U.S. Merit Systems Protection Board | Update Links Page
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 
 Skip to main content
 

 
 
 
 
 An official website of the United States government
 
 
 
 
 
 
 
 
 The .gov means it’s official.
 
 Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you’re on a federal government site.
 
 
 
 
 
 
 
 The site is secure.
 
 The https:// ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.
 
 
 
 
 

 

 
 
 
 
 U.S. Merit Systems Protection Board
 
 
 

 
 
 
 Home
 About the MSPB 
 Contacts & Locations
 Equal Employment Opportunity
 Information Quality Standards
 No FEAR Act
 Open.Gov
 Organization
 Plans, Budget & Performance 
 
 Privacy Program
 Merit System Principles
 Prohibited Personnel Practices
 
 Site Index and Search
 
 
 Appeal Process
 Appellant Q&A
 Electronic Filing
 Forms
 Hearing Sites
 < Policy & Resources
 Regulations
 Whistleblower Q&A 
 Electronic Filing 
 Mediation Appeals Program
 
 
 
 Case Reports
Nonprecedential Decisions
 Precedential Decisions
 
 
 About & Contact Studies
 Latest Publications
 Newsletters
 Reports
 Research Briefs
 Search Studies
 Surveys of Federal Employees
 
 
 
 
 Accessibility
 Contracting & Procurement
 Extranet
 Federal Register Notices
 FOIA Program
 e-FOIA Reading Room 
 Submit a FOIA Request
 FOIA Reports 
 Jobs & Internships
 Press Releases & News
 Privacy Program
 Regulations
 Technical Support
 
 

 
 

Search small

 
 

 

 

 
 

 Home
 About MSPB
 
 Organization
 
 Board Members 
 Recent Board Members 
 Board Members' Service: January 1979 - Present 
 
 Judicial Review 
 Jurisdiction 
 Merit Systems Principles 
 Open.gov 
 Prohibited Personnel Practices 
 Regulatory Review 
 Training 
 
 Search and Site Index 
 

 

Updated Links and Website Changes
 On July 17, 2021, MSPB launched its redesigned and restructured web site. Some links to files that existed on legacy systems and databases may no longer work. You may find relevant information using the sitemap below, or use the search form to look for pages or files on this site. You can also use our full search.gov page to narrow your search by topics of interest. 
 
 
 
 Enter Search Term(s):
 
 
 
 
 To search for specific Board decisions, use our advanced search tool for Precedential or Nonprecedential Decisions.
 
 
 A
 About MSPB
 Accessibility
 Adobe Reader
 Americorps
 Annual Reports
 Appeals Process
 Appellant Questions & Answers
 Artificial Intelligence (AI) Use Case Inventory 
 B
 Board Members
 C
 Case Reports
 Congressional Budget Justification
 Contact and Locations
 Contracting
 Court Review
 D
 Data Governance Body
 Decisions
 Decisions Listserv
 E
 e-Appeal (Submit Appeal Electronically))
 Equal Employment Opportunity (EEO)
 Equal Employment Opportunity Commission (EEOC)
 Employment
 
 Extranet
 F
 Federal Employee Viewpoint Surveys
 Federal Labor Relations Authority (FLRA) 
 Federal Register Notices
 Financial Reports
 FOIA Reading Room
 FOIA Requests
 
 Forms
 Furlough Appeals
 G
 Government Performance & Results Act (GPRA )
 H
 Hearing Sites
 Homeland Security Presidential Directive 12 (HSPD-12)
 I 
 Information Collections
 Information Quality Guidelines Information Sheets
 
 Inspector General
 Internships 
 J
 Judges' Handbook
 Judicial Review
 Jurisdiction
 K
 L
 Listservs
 M
 Mediation Appeals Program (MAP)
 Merit System Principles
 Merit System Principles U.S.C. § 2301
 N
 Newsletters
 Nonprecedential Decisions
 O
 Office Locations
 Office of Personnel Management (OPM) 
 Office of Policy and Evaluation (MSPB)
 Office of Special Counsel (OSC)
 Open Government 
 Organization Chart
 P
 Performance Reports & Plans
 Policies
 Precedential Decisions
 Press Releases
 Privacy Act Regulations
 Privacy Program
 Pro Bono Representation
 Procurement
 Prohibited Personnel Practices
 Q
 R

 
 Regulations
 
 Regulatory Review Initiative 
 Research Briefs
 Resources
 
 Review Processes 
 S
 
 Search Studies
 Significant Cases
 Strategic Plans
 Studies Listserv
 Studies (main page)
 Studies (view All)
 
 Submit Appeal (e-Appeal)
 Sunshine Act Meeting
 Surveys of Federal Employees 
 T
Technical Support
 Training
 U
 USA.gov
 U.S. Code
 
 U.S. Office of Government Ethics
 V 
 
 Video Introduction to the MSPB 
 W
 Whistleblower Resources (Department of Justice)
 Whistleblower Resources (Office of Special Counsel)
 Whistleblower Questions and Answers
 X
 Y
 Z 
 
 

 
 
 Return to top
 
 
 
 
 
 
 About MSPB
 
 Accessibility
 
 Budget and Performance
 
 
 FOIA
 
 
 Info Quality Standards
 
 No FEAR Act
 
 
 
 Office of the Inspector General
 
 
 Privacy Program
 
 
 Technical Support
 
 
 USA.gov
 
 
 OSC.gov
 
 
 Vote.gov
 
 
 
 
 

 
 
 
 
 U.S. Merit Systems Protection Board
 
 
 
 Agency Contact Center
 
 
 
 (202) 653-7200
 
 
 
 mspb@mspb.gov